# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KENNETH K. KALEIKINI, | No. CV 09-01738-AG (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| A. WASHINGTON, | |
| Respondent. | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") without prejudice,

**IT IS ADJUDGED** that the Petition is dismissed without prejudice.

DATED: JAN 28, 2010

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE